James WILSON, Claimant c/o Anne Wilson, Wife and Anne Wilson (Widow), Appellant,

v.

### WORKERS' COMPENSATION APPEAL BOARD (ALLIED SIGNAL, INC. and Travelers Insurance Co.), Appellees.

Supreme Court of Pennsylvania.

Dec. 22, 2004.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of December, 2004, the above-captioned appeal is hereby quashed.